John RICHWINE, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTA-TION, BUREAU OF DRIVER LI-CENSING, Petitioner.

Supreme Court of Pennsylvania.

May 1, 2007.

*ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is GRANTED, and the order of the Commonwealth Court is REVERSED pursuant to *McGrory v. PennDOT*, —— Pa. ——, 915 A.2d 1155 (2007). Jurisdiction relinquished.